Jared L. Bryan (SBN 220925)
jared.bryan@jacksonlewis.com
Jina Lee (SBN 288002)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone:  (949) 885-1360
Facsimile:  (949) 885-1380

Attorneys for Defendants
ENGINEER.AI CORP, SD SQUARED NORTH AMERICA LIMITED, and SACHIN DEV DUGGAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROBERT HOLDHEIM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ENGINEER.AI CORP., a business association form unknown; SD SQUARED NORTH AMERICA LIMITED, doing business in California as SD2 NORTH AMERICA LIMITED, a Delaware corporation; SACHIN DEV DUGGAL, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No.** 2:19-cv-2187<br><br>(Los Angeles Superior Court Case No. 19STCV05103 filed on February 19, 2019)<br><br>**DEFENDANTS' CORPORATE DISCLOSURE** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION, AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

/ / /

/ / /

1  Under Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel
2  of record for Defendants ENGINEER.AI CORP., SD SQUARED NORTH AMERICA
3  LIMITED, and SACHIN DEV DUGGAL state that: (1) Engineer.ai Corp. does not have
4  any parent corporations, and no publicly-held company has an ownership interest of 10
5  percent or more in Engineer.ai Corp.; and (2) SD Squared North America Limited does
6  not have any parent corporations, and no publicly-held company has an ownership
7  interest of 10 percent or more in SD Squared North America Limited.

Dated: March 22, 2019                              JACKSON LEWIS P.C.

                                                   By: */s/ Jared L. Bryan*
                                                       Jared L. Bryan
                                                       Jina Lee

                                                   Attorneys for Defendants
                                                   ENGINEER.AI CORP., SD SQUARED
                                                   NORTH AMERICA LIMITED, and
                                                   SACHIN DEV DUGGAL

4831-4869-0574, v. 2