AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Central | **District of** | California |
|---|---|---|

Robert Holdheim,

Plaintiff (s),

V.

Engineer.ai Corp., et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-02187-PSG-RAO

Notice is hereby given that, subject to approval by the court, plaintiff Robert Holdheim substitutes

(Party (s) Name)

Barry B. Kaufman, Esq. , State Bar No. 113586 as counsel of record in

(Name of New Attorney)

place of    Robert Holdheim, in pro per .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Barry B. Kaufman, APC

Address: 16133 Ventura Blvd. Suite 700, Encino CA 91436-2406

Telephone: (818) 995-9115    Facsimile    N/A

E-Mail (Optional): bbkaufman@earthlink.net

I consent to the above substitution.

Date: 4/18/2019

(Signature of Party (s))

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/18/2019

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/24/2019

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**